■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DEXTER MURRAY, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, Respondent. [932 NYS2d 757]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Peradotto, Lindley and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VICTOR WOODARD, Appellant, v HAROLD D. GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. [932 NYS2d 416]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Fahey, Peradotto, Lindley and Martoche, JJ.